Fill in this information to identify the case:

Debtor 1  David Candelaria, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio
(State)

Case number  16-14691-aih

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 0 8 0 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Escrow Disbursement Clearing | 10/25/2019: check | (11) | $ 460.45 |
| 12. Other. Specify: Escrow Disbursement Clearing | 09/23/2019: check | (12) | $ 3,275.66 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | David Candelaria, Jr. | Case number (*if known*) 16-14691-aih |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date  3 / 27 / 2020

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com


# Texas Capital Bank

## Escrow Disbursement Clearing





**Amount:** -3275.66
**Description:** CHECK
**Check Number:**
**Posted Date:** 9/
**Transaction Type:** History



12/26/2019 9:34 AM

Escrow Disbursement Clearing





**Amount:** -205174.91
**Description:** CHECK
**Check Number:**
**Posted Date:** 10/30/2019
**Transaction Type:** History

| Amnt Paid | Loan Number | Esc Type | Esc-Due | Premium Amt | Borrower Name | Policy Number | Inv Code |
|---|---|---|---|---|---|---|---|





| 205174.91 | ███ | 10 | 6/26/2019 | 460.45 | DAVID CANDELARI | ███ | 4656 |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| | | | | 205174.91 | 20082290 | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 16-14691-aih |
| David Candelaria, Jr. | Chapter 13 |
| Debtor. | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on March 27, 2020, a true and correct copy of this Notice of Postpetition Fees, Expenses, and Charges was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jonathan I. Krainess, Debtor's Counsel
    jkrainess@sbcglobal.net

    Lauren A. Helbling, Trustee
    Ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    David Candelaria, Jr., Debtor
    3165 West 11th Street
    Cleveland, OH 44109

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor