| Fill in this information to identify the case: |
|---|

Debtor 1     David Candelaria, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     Northern District of Ohio
                                                     (State)

Case number    16-14691-aih

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the Igloo Series II Trust, a Delaware Statutory Trust    **Court claim no.** (if known):    8-1

**Last 4 digits** of any number you use to identify the debtor's account:    0   8   0   1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 03 / 27 / 2020

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 8/20/2020 | (9) | $ 466.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date  2 / 5 / 2021

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number   Street
**Loveland, OH 45140**
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email **bankruptcy@sottileandbarile.com**

```
02/05/21

DAVID CANDELARIA                                    Account Number  ████

3165 W 11TH ST

CLEVELAND          OH 44109

Collateral

Original Balance      70200.00    P&I Payment         263.14    Next Due Date          03/01/20
Current Balance       52697.81    Escrow Payment        0.00    Last Payment Date      01/19/21
Escrow Balance       -18846.19    Opt Ins Payment       0.00    Current Interest Rate   4.62500
Unapplied Balance         0.00    Buydown               0.00
Fee Balance          -1927.19     Total Payment       263.14

History from 08/20/20 through 08/20/20   Beginning statement balance    53169.85    Ending statement balance    53169.85
```

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/20 | 08/20/20 | 06/01/19 | Ins Enmasse | -466.00 | 0.00 | 0.00 | -466.00 | 0.00 | 0.00 |

**B**= *Buydown/Subsidy*     **F**= *Fee Payment*     **L**= *Late Charges*     **N**= *Unapplied*     **C**= *Uncollected*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 16-14691-aih |
| David Candelaria, Jr. | Chapter 13 |
| Debtor. | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on February 5, 2021, a true and correct copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jonathan I. Krainess, Debtors' Counsel
    jkrainess@sbcglobal.net

    Lauren A. Helbling, Chapter 13 Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    David Candelaria, Jr., Debtor
    3165 West 11th Street
    Cleveland, OH 44109

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor